# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA J. JERABEK,<br><br>               Plaintiff,<br><br>vs.<br><br>SONNY PERDUE, as Secretary of Department of Agriculture; and HOWARD-GREELEY FARM SERVICE AGENCY, a Nebraska branch office of the USDA Farm Service Agency;<br><br>               Defendants. | 4:19CV3049<br><br>ORDER |

**IT IS ORDERED** that the case progression order is as follows:

1) The deadline to file any motion to strike a party's jury demand is **November 27, 2019**.

2) The deadline for serving initial mandatory disclosures under Rule 26(a)(1) is **October 31, 2019**.

3) The deadline to file motions to resolve jurisdiction, venue, and/or immunity issues is **November 27, 2019**.

4) The deadlines for moving to amend pleadings or add parties are:

       For the plaintiff:         **October 31, 2019**
       For the defendants:     **December 2, 2019**

5) All other case progression deadlines are stayed.

6) The parties shall contact chambers within **seven (7)** days of the ruling on jurisdiction telephone conference to progress the case.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 30th day of September, 2019.

                                                   BY THE COURT:

                                                   Michael D. Nelson
                                                   United States Magistrate Judge