# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LISA J. JERABEK,** | |
| **Plaintiff,** | **4:19CV3049** |
| **vs.** | **FOURTH AMENDED CASE PROGRESSION ORDER** |
| **SONNY PERDUE, as Secretary of Department of Agriculture; and HOWARD-GREELEY FARM SERVICE AGENCY, a Nebraska branch office of the USDA Farm Service Agency;** | |
| **Defendants.** | |

This matter comes before the Court on the parties' Joint Motion to Extend Progression Order (Filing No. 59).  After review of the parties' motion, the Court finds good cause to grant the requested extensions.  Accordingly,

**IT IS ORDERED** that the Joint Motion to Extend Progression Order (Filing No. 59) is granted, and the third amended case progression order (Filing No. 51) is amended as follows:

1) The status conference scheduled for **November 16, 2020**, is cancelled.

2) The deadline for completing written discovery, limited to Plaintiff who may seek up to 25 Requests for Admissions under Fed.R.Civ.P. Rule 36, is **December 11, 2020**.  Motions to compel discovery under Rules 33, 34, and 36 must be filed by **December 16, 2020**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

3) The deposition deadline is **December 16, 2020**.

4) A planning conference to discuss dispositive motions, the pretrial conference and trial dates, and settlement status will be held with the undersigned magistrate judge on **December 18, 2020**, at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

5) The deadline for filing a motion to strike jury demand, motions to dismiss, and motions for summary judgment is **February 16, 2021**.

6)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 13th day of November, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge