# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA J. JERABEK,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS J. VILSACK, as Secretary of Department of Agriculture; and HOWARD-GREELEY FARM SERVICE AGENCY, a Nebraska branch office of the USDA Farm Service Agency;<br><br>        Defendants. | 4:19CV3049<br><br>ORDER |

This matter comes before the Court on Defendants' Motion to Strike Jury Demand (Filing No. 80). Defendants move to strike Plaintiff's jury demand as to her Second Cause of Action for reprisal for engaging in EEO activity under the Age Discrimination in Employment Act, 29 U.S.C. 621, et seq., ("ADEA") set forth in Plaintiff's Amended Complaint (Filing No. 26). Plaintiff has filed a Notice of No Objection (Filing No. 87) to the motion.

Accordingly,

**IT IS ORDERED**: Defendants' Motion to Strike Jury Demand (Filing No. 80) is granted. Plaintiff's jury demand as to her Second Cause of Action for reprisal under the ADEA is stricken.

Dated this 16th day of April, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge